# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

Petco Petroleum Corporation,

       Plaintiff(s)

vs.

       Case Number: 19-cv-00439-CVE-FHM

David West, et al.,

       Defendant(s)

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed.R.Civ.P. 7.1, which states:

    A nongovernmental corporate party to an action or proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

_____ Petco Petroleum Corporation _____
[name of party]

who is a (check one)  [✓] PLAINTIFF   [ ] DEFENDANT   in this action, makes the following disclosure:

1. **Is party a publicly held corporation or other publicly held entity?**

   (Check one)  [ ] YES   [✓] NO

2. **Does party have any parent corporations?**

   (Check one)  [ ] YES   [✓] NO

   If YES, identify all parent corporations, including grandparent and great-grandparent corporations:

3. **Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity?**

   (Check one)  [ ] YES   [✓] NO

   If YES, identify all such owners:

4. **Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?**

   (Check one)   ☐ YES   ☑ NO

   If YES, identify entity and nature of interest:

5. **Is party a trade association?**

   (Check one)   ☐ YES   ☑ NO

   If YES, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

**DATED** this 12th day of August, 2019.

| | |
|---|---|
| s/ Aaron C. Tifft | |
| Signature   J. Kevin Hayes, OBA #4003 | |
| Aaron C. Tifft, OBA #33288 | |
| Printed Name | Bar Number |
| Hall, Estill, Hardwick, Gable, Golden & Nelson, P.C. | |
| Firm Name | |
| 320 S. Boston Ave., Suite 200 | |
| Address | |
| Tulsa, OK  74103-3706 | |
| City | State      ZIP |
| 918-594-0400 (Phone) | 918-594-05050 (Fax) |
| Phone | Fax |
| khayes@hallestill.com | atifft@hallestill.com |
| Email Address | |

CV-24 (04/07)

## CERTIFICATE OF SERVICE

I hereby certify that on _____ (Date), I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

I hereby certify that on   August 12, 2019   (Date), I served the same document by

[✓] U.S. Postal Service  [ ] In Person Delivery
[ ] Courier Service  [ ] E-Mail

on the following, who are not registered participants of the ECF system:

David West
113 Have Hill Dr.
Drumright, OK  74030

David West
c/o Registered Agent for Flash Electric Services LLC
113 Haven Hill Dr.
Drumright, OK  74030

R. Steve Crowder
c/o Registered Agent for U.S. Oil Reclaimers, LLC
1260a E. Broadway
Drumright, OK  74030

s/ Aaron C. Tifft