IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| 1. PETCO PETROLEUM CORPORATION, an Indiana Corporation, | ) ) ) ) | |
| *Plaintiff,* | ) ) | |
| v. | ) ) | Case No. 19-cv-00439-CVE-FHM |
| 1. DAVID WEST, an Individual; 2. U.S. OIL RECLAIMERS, LLC, an Oklahoma Limited Liability Company; 3. FLASH ELECTRIC SERVICES, LLC, an Oklahoma Limited Liability Company, | ) ) ) ) ) ) ) | JURY TRIAL DEMANDED |
| *Defendants.* | ) | |

## ENTRY OF APPEARANCE

To the Clerk of this Court and All Parties of Record:

Trevor R. Henson of Levinson, Smith & Huffman, P.C. enters his appearance in this case for U.S. Oil Reclaimers, LLC. I certify that I am admitted to practice in this Court and am registered to file documents electronically with this Court.

Respectfully Submitted,

/s/ Trevor R. Henson
Lee I. Levinson, OBA # 5395
Trevor R. Henson, OBA # 30104
Evan M. McLemore, OBA #34107
Grant B. Thetford, OBA #33624
LEVINSON, SMITH & HUFFMAN, P.C.
1743 East 71st Street
Tulsa, Oklahoma 74136-5108
Telephone: (918) 492-4433
Facsimile: (918) 492-6224
***Attorneys for Defendant U.S. Oil Reclaimers, LLC***

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) this 11th day of September 2019, to the following:

| | |
|---|---|
| Aaron Christian Tifft<br>J. Kevin Hayes<br>*Hall, Estill, Hardwick, Gable,*<br>*Golden & Nelson, P.C.*<br>320 S. Boston Ave., Suite 200<br>Tulsa, OK 74103-3706<br>atifft@hallestill.com<br>khayes@hallestill.com<br>***Attorneys for Plaintiff Petco Petroleum Corporation*** | Ashley Rose Ogle<br>Barrett Lynn Powers<br>Joel L. Wohlgemuth<br>*Norman, Wohlgemuth, Chandler, Jeter,*<br>*Barnett & Ray, P.C.*<br>401 S. Boston Ave., Suite 2900<br>Tulsa, OK 74103<br>aro@nwcjlaw.com<br>blp@nwcjlaw.com<br>jlw@nwcjlaw.com<br>***Attorneys for Defendants David West and Flash Electric Services, LLC*** |

/s/ Trevor R. Henson
Trevor R. Henson