IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| PETCO PETROLEUM CORPORATION, an Indiana Corporation,<br><br>    Plaintiff,<br>v.<br><br>DAVID WEST, an individual;<br>U.S. OIL RECLAIMERS, LLC, an Oklahoma Limited Liability Company,<br>FLASH ELECTRIC SERVICES LLC, an Oklahoma Limited Liability Company,<br>R. STEVE CROWDER, an individual,<br>PHILLIP L. OSTERHOUT, an individual,<br>KENNETH HINSHAW, an individual,<br><br>    Defendants. | Case No. 19-cv-00439-GKF-CDL |

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ITS RESPONSE TO DEFENDANT HINSHAW'S PARTIAL MOTION TO DISMISS AND BRIEF IN SUPPORT**

Before the Court is Plaintiff Petco Petroleum Corporation's Unopposed Motion for Extension of Time to File Its Response to Defendant Hinshaw's Partial Motion to Dismiss and Brief in Support [Dkt. No. 89]. For good cause shown and there being no objection, the Court finds that Plaintiff's Motion should be **GRANTED**.

**IT IS THEREFORE ORDERED** that Plaintiff's Response to Defendant Kenneth Hinshaw's Motion for Partial Dismissal and Brief in Support shall be due by March 4, 2021.

**IT IS SO ORDERED** this 5th day of February, 2021.

GREGORY K. FRIZZELL
UNITED STATES DISTRICT JUDGE